IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DIXIE PERKO ) | |
| ) | |
| ) | CASE NO.:  3:22-cv-50441 |
| ) | |
| ) | JUDGE: IAIN D. JOHNSTON |
| ) | |
| *Plaintiff,* ) | MAG. JUDGE: LISA A. JENSEN |
| ) | |
| v. ) | |
| ) | |
| TRI-CITY ELECTRIC CO., ) | |
| ) | |
| ) | |
| ) | |
| *Defendant.* | |

## REPORT AND RECOMMENDATION

    REPORT AND RECOMMENDATION: Telephonic status hearing held 7/24/2023. Plaintiff Dixie Perko did not appear to today's hearing as previously ordered on 7/5/2023. Dkt. 14. This is the second time Plaintiff has failed to appear in violation of this Court's orders. On 6/5/2023, this Court held a telephonic hearing on the status of service in which Plaintiff appeared. At the hearing the Court set a next telephonic status hearing for 7/5/2023. The Court's order was mailed to Plaintiff at her addresses on the docket and the mailings were not returned as undeliverable. On 7/5/2023, Plaintiff again failed to appear at the telephonic status hearing. This Court set the matter over for a telephonic hearing on 7/24/2023 and warned Plaintiff that her failure to appear may result in a report and recommendation that this case be dismissed for want of prosecution. The Court's order was mailed to Plaintiff at her addresses on the docket and the mailings were not returned as undeliverable. Nevertheless, Plaintiff failed to appear on 7/24/2023 and has not notified the Court of any reason why she was unable to appear. Therefore, it is this Court's report and recommendation that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 8/7/2023. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Dixie Perko. Signed by the Honorable Lisa A. Jensen on 7/24/2023.

Date: <u>7/24/2023</u>           By: *Lisa A. J.*
                                                                 Lisa A. Jensen
                                                                 United States Magistrate Judge