# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| Dixie Perko, )<br>)<br>Plaintiffs, )<br>) | Case No. 22 CV 50441 |
| v. )<br>) | Hon. Iain D. Johnston |
| )<br>Tri-City Electric Co., )<br>)<br>Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the Court is Judge Jensen's Report and Recommendation [15] that this case be dismissed for want of prosecution under Fed. R. Civ. P. 41(b).  In support of her recommendation, Judge Jensen noted that the plaintiff failed to participate in two status hearings, on 7/5/2023 and again on 7/24/2023.  The clerk mailed notice of both hearings, and the mailings were not returned as undeliverable.  Notice of the 7/24/2023 hearing warned that failing to appear would result in dismissal.  The Report and Recommendation gave the plaintiff to 8/7/2023 to object, but to date she has not done so.  Given the failures to appear, the warning that failing to appear would result in dismissal, and the absence of any objection, the Court accepts the Report and Recommendation [15].  This case is dismissed for want of prosecution under Fed. R. Civ. P. 41(b).  Civil case terminated.

Date:   August 15, 2023

                                                             Iain D. Johnston<br>
                                                             United States District Judge